UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE H. FEINSTEIN, | ) NO. CV 10-1203 JAK (FFM) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MS. TERI TRAN, THE PUBLIC GUARDIAN and MARVIN J. SOUTHARD, | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by her Complaint and that this action is dismissed without prejudice.

DATED: October 27, 2011

JOHN A. KRONSTADT
United States District Judge